**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Roberta L. Anderson, | Case No. 11-49748 |
| Debtor(s). | Honorable Jack B. Schmetterer |

## NOTICE OF MOTION

TO:   See attached Service List

On May 17, 2017, at 9:30 a.m., I shall appear before Bankruptcy Judge Jack B. Schmetterer, 219 South Dearborn Street, Courtroom 682, Chicago, Illinois 60604, or in his absence, before such other Bankruptcy Judge as may be presiding in his place and stead, and shall then and there present the attached Motion to Extend Time to Respond to Notice of Final Cure Payment filed by DLJ Mortgage Capital, Inc., at which time and place you may appear if you so see fit.

> HEAVNER, BEYERS & MIHLAR, LLC
> FAIQ MIHLAR (#6274089)
> HEATHER M. GIANNINO (#6299848)
> AMANDA J. DOYLE (#6320552)
> ZHIQI WU (#6324870)
> HEAVNER, BEYERS & MIHLAR, LLC
> Attorneys at Law
> P.O. Box 740
> Decatur, IL 62525
> Telephone: (217) 422-1719
> Facsimile: (217) 422-1754

STATE OF ILLINOIS
COUNTY OF MACON

   I, Amanda J. Doyle, an attorney, being first duly sworn upon oath, depose and state that I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, as to the Trustee and Debtor's attorney via electronic notice on May 4, 2017, and as to the Debtor by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 4th day of May, 2017.

> _/s/ Amanda J. Doyle_
> Amanda J. Doyle

-2-

## Service List

**Service By Mail:**

Roberta L. Anderson
9630 S. Indiana Ave
Chicago, IL 60628

**Service By Electronic Notification Through ECF:**

Michael A Miller
The Semrad Law Firm, LLC
20 S. Clark, 28th Floor
Chicago, IL 60603

Elizabeth Placek
The Semrad Law Firm, LLC
20 S. Clark
28th Floor
Chicago, IL 60603

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Roberta L. Anderson | Case No. 11-49748 |
| Debtor(s). | Honorable Jack B. Schmetterer |

**MOTION TO EXTEND TIME TO RESPOND TO NOTICE OF FINAL CURE PAYMENT**

NOW COMES DLJ Mortgage Capital, Inc., (hereinafter "Movant"), by and through its attorneys, Heavner, Beyers & Mihlar, LLC, states as follows:

1. On December 12, 2011, the Debtor filed Chapter 13 bankruptcy.
2. On April 13, 2017, the Trustee filed a Notice of Final Cure Payment, (hereinafter "Notice").
3. The deadline to respond to the Notice is May 4, 2017.
4. Movant disagrees that the Debtor has made all the required post-petition payments and requests an additional twenty-one (21) days to file its response to the Notice.

WHEREFORE Movant respectfully requests and prays that the Court enter an Order granting Movant through and including May 25, 2017, to respond to the Trustee's Notice of Final Cure Payment and prays for such additional relief as the Court deems appropriate.

DLJ Mortgage Capital, Inc.,

By:    */s/ Amanda J. Doyle*
      One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. DOYLE (#6320552)
ZHIQI WU (#6324870)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Telephone: (217) 422-1719
Facsimile: (217) 422-1754